# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| DARIN ECK, an individual, <br><br> Plaintiff, <br><br> -against- <br><br> JOHN PAUL MITCHELL SYSTEMS; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; WELLA OPERATIONS US, LLC; WELLA PROFESSIONALS; COTY, INC.; KOHLBERG KRAVIS ROBERT & CO. a/k/a KKR & CO., INC.; GOLDWELL; GOLDWELL NEW YORK; KAO USA, INC.; BRISTOL-MYERS SQUIBB; PROCTER & GAMBLE HAIR CARE, LLC; HENKEL a/k/a HENKEL AG & Co. KGaA; SCHWARZKOPF; JOICO; PRAVANA; CLAIROL; AVEDA CORPORATION; FRAMESI SpA; FRAMKAT L.P. d/b/a FRAMESI NORTH AMERICA; FT PITT FRAMESI, LTD.; COSMOPROF SERVICES USA, LLC; SALLY BEAUTY HOLDINGS, INC.; and JOHN DOE CORPORATIONS 1-100, inclusive, <br><br> Defendants. | Index No.: <br> Date Filed: <br><br> **SUMMONS WITH NOTICE** |

To the above-named defendants,

      **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving a notice of appearance on the Plaintiff's attorney at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after the service is complete if this summons is not delivered personally to you within the State of New York.

      **YOU ARE HEREBY NOTIFIED THAT**, should you fail to appear, a judgment will be taken against you by default for the relief demanded below.

Dated: December 5, 2025   *Jonathan Sedgh*
      New York, New York   JONATHAN SEDGH, ESQ.
                                      MORGAN & MORGAN NEW YORK, PLLC
                                      199 Water Street, Suite 1500
                                      New York, NY 10038

**TO DEFENDANTS:**

JOHN PAUL MITCHELL SYSTEMS
20705 Centre Pointe Parkway
Santa Clarita, CA 91350

L'ORÉAL USA, INC.
10 Hudson Yards, New York, NY 10001
c/o Corporation Service Company
80 State Street, Albany, NY 12207

L'ORÉAL USA PRODUCTS, INC.
10 Hudson Yards, New York, NY 10001
c/o Corporation Service Company
80 State Street, Albany, NY 12207

WELLA PROFESSIONALS
10 Hudson Yards, New York, NY 10001
c/o Corporation Service Company
80 State Street, Albany, NY 12207

WELLA OPERATIONS US, LLC
350 Fifth Avenue, New York, NY 10118
c/o Corporation Service Company
80 State Street, Albany, NY 12207

COTY, INC.
350 Fifth Avenue, New York, NY 10118
c/o Corporation Service Company
80 State Street, Albany, NY 12207

KOHLBERG KRAVIS ROBERT & CO.
a/k/a KKR & Co., Inc.
30 Hudson Yards, Suite 7500
New York, NY 100019
c/o Corporate Creations Network
Maples Fiduciary Services (Delaware), Inc.
4001 Kennett Pike, Suite 302
Wilmington, DE 19807

GOLDWELL
c/o Karen B. Frank
2535 Spring Grove Avenue
Cincinnati, OH 45214

GOLDWELL NEW YORK
2117 Brighton Henrietta Town Line Road
Rochester, NY 14623
c/o Corporate Creations Network, Inc.
15 North Mill Street, Nyack, NY 10960

KAO USA, INC.
2535 Spring Grove Avenue
Cincinnati, OH 45214
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

BRISTOL-MYERS SQUIBB
Route 206 and Province Line Road
Princeton, NJ 08543
c/o CT Corporation System
28 Liberty Street, New York, NY 10005

PROCTER & GAMBLE
HAIR CARE, LLC
1 Procter & Gamble Plaza
Cincinnati, OH 45202
c/o CT Corporation System
28 Liberty Street, New York, NY 10005

HENKEL a/k/a HENKEL AG & Co. KGaA
One Henkel Way, Rocky Hill, CT 06067
c/o Corporation Service Company
80 State Street, Albany, NY 12207

SCHWARZKOPF
5800 Bristol Parkway
Culver City, CA 90230
c/o Corporation Service Company
80 State Street, Albany, NY 12207

JOICO
5800 Bristol Parkway
Culver City, CA 90230
c/o Corporation Service Company
80 State Street, Albany, NY 12207

PRAVANA
5800 Bristol Parkway
Culver City, CA 90230
c/o Corporation Service Company
80 State Street, Albany, NY 12207

CLAIROL
350 Fifth Avenue, New York, NY 10118
c/o Corporation Service Company
80 State Street, Albany, NY 12207

AVEDA CORPORATION
c/o Shane Wolf
4000 Pheasant Drive, Blaine, MN 55449
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

FRAMESI SpA
Strada Statale Dei Giovi 135
Paderno Dugnano, 20037 Italy

FRAMKAT L.P. d/b/a
FRAMESI NORTH AMERICA
507 Avenue A, Leetsdale, PA 15056
c/o Registered Agent
400 Chess Street, Coraopolis, PA 15108

FT PITT FRAMESI, LTD.
507 Avenue A, Leetsdale, PA 15056
c/o Registered Agent
400 Chess Street, Coraopolis, PA 15108

COSMOPROF SERVICES USA, LLC
4823 Promenade Parkway
Bessemer, AL 35022
c/o Corporate Creations Network Inc.
15 North Mill Street, Nyack, NY 10960

SALLY BEAUTY HOLDINGS, INC.
3001 Colorado Blvd., Denton, TX 76210
c/o Corporate Creations Network, Inc.
15 North Mill Street, Nyack, NY 10960

**NOTICE:**

The nature of this action is as follows:

This is an action for recovery of damages resulting from Plaintiff's bladder cancer, which was proximately caused by negligent, willful, and wrongful acts and/or omissions of Defendants and/or their affiliates, in connection with the design, development, manufacture, testing, packaging, promoting, marketing, distribution, labeling, and/or sale of unreasonably dangerous and defective hair dye products. Plaintiff alleges that the running of any statute of limitations has been equitably tolled by reason of Defendants' fraudulent concealment of their products' true risks, and that this action is timely under CPLR 214-c filed within one year after discovering the causal link between bladder cancer and exposure to Defendants' products.

The relief sought is:
a. Past and future general damages, the exact amount of which has yet to be ascertained, in an amount which will conform to proof at time of trial;
b. Past and future economic and special damages according to proof at the time of trial;
c. Past and future medical expenses according to proof at the time of trial;
d. Past and future pain and suffering damages expenses according to proof at the time of trial;
e. Punitive or exemplary damages according to proof at the time of trial;
f. Attorney's fees;
g. Costs and disbursements incurred in this action;
h. Prejudgment interest as provided by law; and
i. Such other and further relief as the Court may deem just and proper.

Should Defendant(s) fail to appear herein, judgment will be entered by default for the sum of $10 million with interest from the date of and the costs of this action.

Venue: Plaintiff designates NEW YORK County as the place of trial. The basis of this designation is Defendants' residence therein and the convenience of witnesses pursuant to CPLR 503(a), (c).