UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIN ECK,<br><br>                                    Plaintiff,<br><br>v.<br><br>JOHN PAUL MITCHELL SYSTEMS; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; WELLA OPERATIONS US, LLC; WELLA PROFESSIONALS; COTY, INC.; KOHLBERG KRAVIS ROBERT & CO. a/k/a KKR & CO., INC.; GOLDWELL; GOLDWELL NEW YORK; KAO USA, INC.; BRISTOL-MYERS SQUIBB; PROCTER & GAMBLE HAIR CARE, LLC; HENKEL a/k/a HENKEL AG & Co. KGaA; SCHWARZKOPF; JOICO; PRAVANA; CLAIROL; AVEDA CORPORATION; FRAMESI SpA; FRAMKAT L.P. d/b/a FRAMESI NORTH AMERICA; FT PITT FRAMESI, LTD.; COSMOPROF SERVICES USA, LLC; SALLY BEAUTY HOLDINGS, INC.; and JOHN DOE CORPORATIONS 1-100, inclusive,<br><br>                                    Defendants. | Case No. 1:25-cv-10295-NRB<br><br>**APPEARANCE OF<br>COUNSEL** |

**TO: THIS COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**

**Please take notice that** Nadine S. Kohane, who is admitted to practice in this Court, hereby enters her appearance as an attorney of record for Defendant Aveda Corporation in the above-captioned action and requests that all future pleadings, notices, orders, correspondence, and other communications be sent to:

Nadine S. Kohane
Barnes & Thornburg LLP
390 Madison Avenue, 12th Floor
New York, New York 10017
Phone: (646) 746-2035
Email: nadine.kohane@btlaw.com

2

Date: January 26, 2026                    **BARNES & THORNBURG LLP**

By: */s/ Nadine S. Kohane*
Nadine S. Kohane (NY Bar No. 5125208)
390 Madison Avenue, 12th Floor
New York, New York 10017
P: (646) 746-2035
E: nadine.kohane@btlaw.com

*Attorneys for Defendant Aveda Corporation*