UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIN ECK, an individual

Plaintiff,

v.

JOHN PAUL MITCHELL SYSTEMS; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; HENKEL a/k/a HENKEL AG & Co. KGaA; SCHWARZKOPF; JOICO; WELLA OPERATIONS US, LLC; WELLA PROFESSIONALS; COTY, INC; KOHLBERG KRAVIS ROBERT & CO. a/k/a KKR & CO., INC.; BRISTOL-MYERS SQUIBB; PROCTER & GAMBLE HAIR CARE, LLC; CLAIROL; GOLDWELL; KAO USA, INC.; GOLDWELL NEW YORK; COSMOPROF SERVICES USA, LLC; SALLY BEAUTY HOLDINGS, INC.; and JOHN DOE CORPORATIONS 1-100, inclusive,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No. 1:25-cv-10295-NRB

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Darin Eck, by and through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant KKR & Co. Inc. (incorrectly sued as Kohlberg Kravis Robert & Co a/k/a KKR & Co., Inc.). Each party will bear their own costs and fees in connection with the above-captioned action.

Dated: July 1, 2026

Respectfully Submitted,

By: */s/ Jonathan M. Sedgh*
Jonathan M. Sedgh, Esq.
MORGAN & MORGAN
199 Water Street, Suite 1500
New York, NY 10038
Phone: (212) 738-6839
jsedgh@forthepeople.com

*Attorneys for Plaintiff Darin Eck*

Application granted.

Dated: July 6, 2026
New York, New York

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that counsel for all parties of record have been served with this pleading via CM/ECF on July 1, 2026.

*/s/ Jonathan M. Sedgh*
Jonathan M. Sedgh, Esq.